February 4, 2025

exclusive equity maxim "Equity will not suffer a wrong without a remedy"

**lodge**

into

24-cv-03301-DDD-NRN

this

exclusively equitable intent and purpose of an "Actual Notice of Perfected Claim"
and equitable estoppel

on behalf of the free land holder committee

by lodging this exclusively equitable intent and purpose of an "Actual Notice of Perfected Claim" the
spiritually discerned man graciously-gifted the name: Patrick: and ambassador Patrick-Leroy:Pipkin, as a
granted title, and the spiritually discerned man graciously-gifted the name :Bryan:, nor is any other man
or woman of the free land holder committees, consenting to the alleged inferior court jurisdiction or
waiving any unalienable granted rights in any-form to this res

no man or woman of the free land holder committees consent to any disturbance of the peace. any man or
women of the FLHC are not enemies or belligerents and are everlasting peaceful habitants.

this court may have presumed that the first lodged "Actual Notice of Perfected Claim" was a mistake. the
court may have then presumed that the second lodged "Actual Notice of Perfected Claim" was a
coincidence. this third and final "Actual Notice of Perfected Claim" is evidence of a fact. the existing
estoppel from exclusive equity and well-settled land law within the "Actual Notice of Perfected Claim"
precludes any controversy, conflict, disturbance of the peace or any other ultra vires action.

ambassador for the FLHC    ambassador@flhc.life



# Free Land Holder Committee

**Located in the NE 1/4 of NE 1/4, Section 26,
Township 19 South, Range 19 West, of the SLB&M
Treaty of Guadalupe Hidalgo**

## NOTICE OF CLAIM
### To all to whom these presents shall come, Greeting:

**Claim of Lands on The Treaty of Guadalupe Hidalgo and The United States of America Republic**

Under Treaty Law, Patent Law, and exclusive equity, the FLHC comes unanimously as habitant in peace with honor and in good faith under the authority granted by the laws of nature and nature's God (Creator) and hereby gives actual Notice of Claim to the following lands of The United States of America Republic:

The East half of Section 21; The Southwest Quarter of the Northwest Quarter and the West half of the Southwest Quarter of Section 22; The Southwest Quarter of the Northwest Quarter and the Northwest Quarter of the Southwest Quarter of Section 23; The West half of the Northwest Quarter and the Northwest quarter of the Southwest Quarter of Section 27; the East half, The North half of the Northwest Quarter, the Southeast Quarter of the Northwest Quarter, the North half of the Southwest Quarter of the Northwest Quarter, Section 28; the Northeast Quarter of the Northeast Quarter, the North half of the Southeast Quarter of the Northeast Quarter, the West half of the Northwest Quarter, the Northeast Quarter of the Southwest Quarter, the South half of the Northeast Quarter of the Southeast Quarter, the Southeast Quarter of the Southeast Quarter, Section 29; the Southeast Quarter of the Northeast Quarter, the West Half of the Southeast Quarter of Section 30; all in Township 37 North, Range 13 West, N.M.P.M.

This claim does not supersede FLHC Proclamation 001 regarding the respect of pre-existing easements

To all those with an equal, previous or superior claim please reply to the below contact information by December 15, 2024 or be it this claim has been resolved forever.

**With Gratitude and Respect For All,**

Patrick-Leroy:Pipkin October 12, 2024

**Patrick-Leroy:Pipkin**
Ambassador for the FLHC
Ambassador@flhc.com
435-233-8549

Date

Free Land Holder Committee     //     flhc@flhc.life

TRUE COPY



# Free Land Holder Committee

**Located in the NE 1/4 of NE 1/4, Section 26,
Township 19 South, Range 19 West, of the SLB&M
Treaty of Guadalupe Hidalgo**

## AMBASSADOR PROCLAMATION
### To all to whom these presents shall come, Greeting:

PROCLAMATION - 001

Under Law and exclusive equity, I come in peace with honor and good faith, and with the authority granted to me unanimously by the Free Land Holders of the Free Land Holder Committee, regarding certain land granted to The United States of America republic (*see attached deeds*). It is hereby Proclaimed that no existing easements, pre-existing mining claims, rights of way, walking paths, bicycle and horse trails, snow mobile trails, waterways, ditches, ditch water easements, ponds or any other surface water rights, shall be blocked, disabled, or otherwise obstructed by any Free Land Holder under the FLHC.

Further, it is Proclaimed that any existing cattle grazing rights under "A.U.M." leases or agreements issued prior to any claims by the Free Land Holders of the Free Land Holder Committee shall be honored until expiration of the annual year of 2024. Also, all Free Land Holder Committee fencing shall include ample openings for grazing cattle and shall not prohibit the grazing cattle to ingress or egress from Free Land Holder land claims of republic lands.

For any questions, comments or requests for correspondence, please contact the Free Land Holders Committee with the contact information below.

**With Gratitude and Respect For All,**

Patrick-Leroy:Pipkin October 9, 2024

**Patrick-Leroy:Pipkin**                  Date
**FLHC Ambassador**
435-233-8549
Ambassador@FLHC.life

Free Land Holder Committee    //    435-233-8549    //    907-312-6888    //    435-899-0300    //    FLHC@flhc.life

