:patrick: Free Land Holder
Native American Habitant
STATE OF UTAH PATENT No. 20954 25 FEB 25 PM 1:59
Locate within the boundaries of Guadalupe Hildalgo Treaty
of May 30th 1848: and ceded to
"The United States of America" [Second Organic Law]

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

                    Petitioner,

                    VS.

PATRICK PIPKIN, a/k/A Patrick

Leroy Pipkin, a/k/a Patrick-

Leroy:Pipkin BRYAN HAMMON,

a/k/a/ Bryan Hugh Hammon, and

UNKNOWN INDIVIDUALS WHO ENGAGED

IN UNLAWFUL FENCING OF THE

HALLER DEED AREA OR WHO HAVE

OTHERWISE ACTED IN CONCERT WITH

AN   ASSOCIATION OF INDIVIDUALS

CALLED THE "FREE LAND HOLDER

COMMITTEE"

                    Respondent(s)

man using the name :patrick:
third party intervenor real
party in interest having
everlasting Peace Disturbed

Case No.:24-cv-03301-DDD-NRN

Choice of Law
Exclusive Equity Jurisprudence

Judicial Cognizance

Formal Challenge to this
Courts Jurisdiction

Judicial Cognizance

1

A respectful challenge of the jurisdiction of this court over the present case for the following reasons:

1. *The land in question does not belong to UNITED STATES, United States, United States of America, or UNITED STATES OF AMERICA. The land was deeded to "The United States of America".*

2. *UNITED STATES, United States, United States of America, or UNITED STATES OF AMERICA have never provided proof of any kind of title.*

3. *No inclosures or enclosures were ever constructed. All trails and roadways have always been open.*

4. *UNITED STATES FOREST SERVICE or US FOREST SERVICE is only a management agency of the public lands, they have never provided proof of any kind of title.*

Beneficial use rights expressed in 96 stat. 1211

Genesis 13:15

"For all the land which thou seest, will I give unto thee, and to thy seede for ever."

Relevance:

This verse establishes the divine promise of land as an eternal inheritance, affirming the principle of stewarding and rightful claim under divine authority.

Exodus 32:13

"Remember Abraham, Izhak, and Israel thy servants, to whom thou swarest by thine owne selfe, and saidest unto them, I will

multiply your seede as the starres of the heaven, and all this

land, that I have spoken of, will I give unto your seede, and

they shall inherit it for ever."

Relevance:

This verse reinforces the divine covenant of land as an eternal

inheritance, emphasizing the sacred trust of land stewarding

under the Laws of Nature and Natures God expressed in the

Declaration of Independence.

Joshua 14:9

"Therefore Moses sware the same day, saying, Surely the land

whereon thy feete have troden, shalbe thine inheritance, and thy

childrens for ever, because thou hast followed constantly the

Lorde my God."

Relevance:

This verse highlights the principle of divine reward for

faithfulness, affirming the perpetual inheritance of land as a

divine promise.

1 Chronicles 28:8

"Now therefore in the sight of all Israel the Congregation of

the Lord, and in the audience of our God keepe and seeke for all

the commandements of the Lord your God, that ye may possesse this

good land, and leave it for an inheritance for your children

after you for ever."

Relevance:

This verse emphasizes the importance of obedience to the Laws of Nature and of Natures God commandments in securing the perpetual inheritance of land, aligning with principles of stewarding and divine justice.

2 Chronicles 20:7

"Didst not thou, our God, cast out the inhabitants of this land before thy people Israel, and gavest it to the seede of Abraham thy friende for ever?"

Relevance:

This verse affirms the divine granting of land as an eternal Inheritance promise, emphasizing the Laws of Nature and of Natures God authority over land and its rightful use.

Ezra 9:12

"Now therefore give not your daughters unto their sonnes, neither take their daughters unto your sonnes, nor seeke their peace nor wealth for ever, that ye may be strong and eate the good things of the land, and leave it for an inheritance to your children for ever."

Relevance:

This verse underscores the importance of maintaining divine principles and separation in securing the land as an eternal inheritance.

Psalms 37:29

"The righteous men shall inherit the land, and dwell therein for

ever."

Relevance:

This verse affirms that the inheritance of land is reserved for the peaceful, righteous, emphasizing the moral and spiritual qualifications for stewarding.

Isaiah 60:21

"Thy people also shall be all righteous: they shall possesse the land for ever, the branche of my planting, the worke of mine hands, that I may be glorified."

Relevance:

This verse highlights the divine purpose of land inheritance, affirming that it is granted to the righteous for the Creator's glory.

Jeremiah 7:7

"Then will I let you dwell in this place, in the land that I gave unto your fathers for ever and ever."

Relevance:

This verse emphasizes the conditional nature of land inheritance, requiring obedience to the Laws of Nature and of Natures God for peaceful perpetual promise of possession.

Jeremiah 25:5

"They said, Turne againe now every one from his evil way, and from the wickednesse of your inventions, and ye shall dwell in the land that the Lord hath given unto you, and to your fathers

for ever and ever."

Relevance:

This verse underscores the necessity of repentance and righteousness in maintaining the divine inheritance of land.

Ezekiel 37:25

"And they shall dwell in the land, that I have given unto Jacob my servant, where your fathers have dwelt, and they shall dwell therein, even they, and their sonnes, and their sonnes sonnes for ever, and my servant David shall be their prince for ever."

Relevance:

This verse affirms the eternal nature of the divine inheritance of land, emphasizing the covenantal relations between the Laws of Nature and of Natures God and His peaceable people.

Exclusive Equity Maxims

"Equity regards substance rather than form."

Relevance:

This maxim supports the divine principle of land inheritance, focusing on the spiritual and moral substance of stewarding rather than formal legal claims.

"Equity regards as done that which ought to be done."

Relevance:

This maxim affirms the moral obligation to honor divine promises of land inheritance, ensuring that rightful stewarding is upheld.

"Equity will not suffer a wrong to be without a remedy."

Relevance:

This maxim ensures that any violation of the divine covenant of

land inheritance is subject to remedy, aligning with principles

of justice and righteousness.

"Equity delights in equality."

Relevance:

This maxim emphasizes the equitable distribution of land

according to divine principles, ensuring fairness and justice in

its use and inheritance.

Exclusive Equity Principles by Joseph Story

Principle: "Equity seeks to protect and enforce rights that are

founded in natural justice and moral obligation."

Relevance:

This principle supports the divine covenant of land inheritance,

emphasizing the protection of rights rooted in actual justice

and moral obligation.

Principle: "Equity regards that as done which ought to be done."

Relevance:

This principle affirms the rightful acknowledgment and

enforcement of divine promises of land inheritance, ensuring

alignment with moral and equitable obligations.

Principle: "Equity looks to the intent rather than the form."

Relevance:

This principle ensures that the divine covenant of land inheritance is evaluated based on the intent to uphold justice and righteousness, rather than formal legalities.

Principle: "Equity acts to prevent injustice and ensure fairness."

Relevance:

This principle reinforces the necessity of upholding the divine covenant of land inheritance, ensuring that justice and fairness are maintained in alignment with the intent and spirit of the Laws of Nature and of Natures God.

Conclusion

In combining Scripture Verses, Exclusive Equity Maxims, and Exclusive Equity Principles, the divine covenant of land inheritance is firmly supported.

Scripture provides the foundation for recognizing land as a sacred trust under the authority of Laws of Nature and of Natures God, emphasizing the moral and spiritual qualifications for its stewarding and peaceful beneficial use. Exclusive Equity Maxims ensure that such claims are treated with fairness, justice, and a moral righteous obligation, while Exclusive Equity Principles by Joseph Story emphasize the enforcement of absolute justice, the prioritization of intent over form, and the prevention of injustice. Together, these elements uphold the integrity, righteousness, and fairness of the divine promise of

land inheritance.

February **25** 2025

Graciously,

**:patrick:**

man using the name :patrick: in esse[1]

All inalienable rights preserved

**:patrick:**

To all to whom these presents shall come,

:patrick: [Ambassador], in esse for the

Free Land Holder Committee

intentionally left blank

Certificate of service sent by email to victor.scarpato@usdoj.gov and

jennifer.lake@usdoj.gov on Feb 25th 2025

[1] in esse, American Dictionary of The English Language Noah Webster 1828:

Being – "In God we live, and move, and have our being..." Acts xvii.

9



