IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge N. Reid Neureiter**

| | |
|---|---|
| Civil Action No: 24-cv-03301-DDD-NRN | Date:   March 5, 2025 |
| Courtroom Deputy: Román Villa | FTR:   Courtroom A401 |

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Bill Scarpato |
| | Jennifer Lake |
| Plaintiff, | |
| v. | |
| PATRICK PIPKIN, a/k/a Patrick Leroy Pipkin, a/k/a Patrick-Leroy:Pipkin, | *Pro se* |
| BRYAN HAMMON, a/k/a Bryan Hugh Hammon, and | *Pro se (via telephone)* |
| UNKNOWN INDIVIDUALS WHO ENGAGED IN UNLAWFUL FENCING OF THE HALLAR DEED AREA OR WHO HAVE OTHERWISE ACTED IN CONCERT WITH AN ASSOCIATION OF INDIVIDUALS CALLED THE "FREE LAND HOLDER COMMITTEE," | |
| Defendants. | |

**COURTROOM MINUTES**

**STATUS CONFERENCE**

**11:03 a.m.   Court in session.**

Court calls case. Appearances of Counsel and Defendants Patrick Pipkin and Bryan Hammon, who prefer to be addressed as the "The Man" and "The Man Bryan."

**11:07 a.m.   Court in recess.**
**11:17 a.m.   Court in session.**

Remarks by the Court regarding the Formal Challenge to this Court's Jurisdiction (Dkt. #31 and Dkt. #32) filed by The Man and the The Man Bryan. The Court construes these filings as motions to dismiss.

The United States will be filing responses to these motions. The Man and The Man Bryan will have an opportunity to file any reply. The Court will issue a written recommendation in due course.

In the event the motion to dismiss is denied, the United States intends to file a motion for summary judgment.

The Court asks questions of "The Man" Patrick regarding the challenges to jurisdiction. "The Man" Patrick gives his position regarding certain questions of the Court and states for the record his position with respect to other issues.

Plaintiff's Counsel Bill Scarpato gives the United States position regarding the history of the dispute and the basis for the Court's jurisdiction to hear the case.

**12:04 p.m.    Court in recess.**

Hearing concluded.
Total in-court time:   00:51

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.