FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

25 MAR 18 PM 2:36

March 18th, 2025

American Exclusive Equity Maxim "Equity will not suffer a wrong without a remedy"


lodge

into

case number 24-cv-03301-DDD-NRN

this

American Exclusively Equitable intent and purpose of an
*"Formal Challenge to this Court's Jurisdiction"*

on behalf of the Free Land Holder Committee

By lodging this American Exclusively Equitable intent and purpose of an
*"Formal Challenge to this Court's Jurisdiction"*
the spiritually discerned man graciously-gifted the name :patrick: and granted ambassador title Patrick-Leroy:Pipkin, By Unanimous Consent of the "men" of the Free Land Holder Committee, not consenting to the alleged inferior court jurisdiction or waiving any unalienable granted rights in any-form to this res

None of the "men" of the Free Land Holder Committee consent to any disturbance of the peace. None of the "men" of the  FLHC are enemies or belligerents and are everlasting peaceful habitants.

This court may have presumed that the first lodged "Actual Notice of Perfected Claim" was a mistake. the court may have then presumed that the second lodged "Actual Notice of Perfected Claim" was a coincidence.  The third and final "Actual Notice of Perfected Claim" is evidence of a fact the existing estoppel from American exclusive equity and well-settled land law within the "Actual Notice of Perfected Claim" precludes any controversy, conflict, disturbance of the peace or any other ultra vires action.


ambassador for the FLHC    ambassador@flhc.life

Free Land Holder Committee
Free Land Holders set upon the committee record,
with patent in law and in hand, Habitants
Located within the boundaries of Guadalupe Hildalgo Treaty
of May 30th 1848: and ceded to
"The United States of America[1]" [Second Organic Law]

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

UNITED STATES OF AMERICA

Petitioner,

VS.

PATRICK PIPKIN, a/k/A Patrick Leroy

Pipkin, a/k/a Patrick-Leroy:Pipkin BRYAN

HAMMON, a/k/a/ Bryan Hugh Hammon, and

UNKNOWN INDIVIDUALS WHO

ENGAGED IN UNLAWFUL FENCING OF

THE HALLER DEED AREA OR WHO

HAVE OTHERWISE ACTED IN CONCERT

WITH AN ASSOCIATION OF

INDIVIDUALS CALLED THE "FREE LAND

HOLDER COMMITTEE"

Respondent(s)

Case No.:24-cv-03301-DDD-NRN

*Choice of Law*
*American Exclusive Equity Jurisprudence*

*Novel Approach*

*Judicial Cognizance*

*Formal Challenge to this
Court's Jurisdiction*

Judicial Cognizance

A respectful challenge of the jurisdiction of this court over the present case for the following
reasons:

1 of 3

1.The land in question does not belong to UNITED STATES, United States, United States of America, THE UNITED STATES OF AMERICA or UNITED STATES OF AMERICA. The land was deeded to "The United States of America".

2. UNITED STATES, United States, United States of America, THE UNITED STATES OF AMERICA or UNITED STATES OF AMERICA have never provided proof upon the record of any kind of title, patent or ownership.

3. Free land holders of "The United States of America" formed a private committee by divine right with the American exclusive equity jurisprudence, arising from the "Laws of Nature and Nature's God" titled "Free Land Holder Committee" ("FLHC") without the UNITED STATES, United States, United States of America, THE UNITED STATES OF AMERICA or UNITED STATES OF AMEICA.

March 18th 2025

To all to whom these presents shall come, Greeting:
By unanimous consent of the free land holders
of the "Free Land Holder Committee" under seal.

With Gratitude and Respect for All
Without Waiver, All rights preserved

By: *Patrick-Leroy: Pipkin*
Patrick-Leroy:Pipkin
Ambassador for the FLHC
ambassador@flhc.com
435-233-8549

UNANIMOUS CONSENT

1 Certificate of service hand delivered in personam and sent by email to victor.scarpato@usdoj.gov and

2 jennifer.lake@usdoj.gov on March 18th 2025

3 [1]*The etymology and complete meaning of the entire name of this nation,*

4 ***"The United States of America".***

5 America is an old Saxon and Danish compound word:

6 *"**Amer**" means "heavenly," and*

7 *"**ric**" means "kingdom".*

8 *It literally means "the Heavenly Kingdom," or the "Kingdom of Heaven".*

9 ***"The"** means "God's," that is owned by God.*

10 *This is why **THE**ology is the study of God.*

11 *The word **United** means "greater."*

12 *The word **State** means "estate."*

13 *Thus, if we put all of this together, it means **God's Greater Estate of the Heavenly Kingdom."***

14 *A Prophetic History of the United States" by Dr. Jones*

15 *... "we mutually pledge to each other our Lives, our Fortunes and our sacred Honor."*[Usufruct]

16 Declaration of Independence 1776

17

18

19

20

21

22

23

24

25

WARRANTY DEED—Out West Printing and Stationery Co., Colorado Springs.

Pueblo
052084

RECEIVED
LAND OFFICE
PUEBLO, COLO.

Date SEP 17 1927

**This Deed,** Made this **24th** day of **March** in the year of our Lord one thousand nine hundred and **twenty-seven** between **Fred C. Hallar**

of the County of **Montezuma** and State of Colorado, of the first part, and **The United States of America** of the second part:

Witnesseth, That the said part **y** of the first part, for and in consideration of the sum of **Three thousand six hundred fifty** DOLLARS, to the said part **y** of the first part in hand paid by the said part **y** of the second part, the receipt whereof is hereby confessed and acknowledged, ha **s** granted, bargained, sold and conveyed, and by these presents does grant, bargain, sell, convey and confirm unto the said part **y** of the second part, **its** heirs and assigns forever, all the following described lot **s** or parcel **s** of land, situate, lying and being in the County of **Montezuma** and State of Colorado, to-wit:

The East half of Section 21; The Southwest Quarter of the Northwest Quarter and the West half of the Southwest Quarter of Section 22; The Southwest Quarter of the Northwest Quarter and the Northwest Quarter of the Southwest Quarter of Section 23; The West half of the Northwest Quarter and the Northwest Quarter of the Southwest Quarter of Section 27; the East half, The North half of the Northwest Quarter, the Southeast Quarter of the Northwest Quarter, the North half of the Southwest Quarter of the Northwest Quarter, Section 28; the Northwest Quarter of the Northeast Quarter, the North half of the Southeast Quarter of the Northeast Quarter, the West half of the Northwest Quarter, the Northeast Quarter of the Southwest Quarter, the South half of the Northeast Quarter of the Southeast Quarter, the Southeast Quarter of the Southeast Quarter, Section 29; the Southeast Quarter of the Northeast Quarter, the West half of the Southeast Quarter of Section 30; all in Township 37 North, Range 13 West, N.M.P.M.

Together With all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said part **y** of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances.

To Have and to Hold The said premises above bargained and described, with the appurtenances, unto the said part **y** of the second part, **its** heirs and assigns forever. And the said **Fred C. Hallar, and his** part **y** of the first part, for **himself**, heirs, executors and administrators, do **es** covenant, grant, bargain and agree to and with the said part **y** of the second part, **its** heirs and assigns, that at the time of the ensealing and delivery of these presents he **is** well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha **s** good right, full power, and lawful authority to grant, bargain, sell and convey the same, in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever;

and the above bargained premises, in the quiet and peaceable possession of the said part **u** of the second part **its** heirs and assigns, against all and every person or persons lawfully claiming or to claim the whole or any part thereof, the said part **y** of the first part shall and will Warrant and Forever Defend.

In Witness Whereof, The said part **y** of the first part, ha **s** hereunto set **his** hand and seal the day and year first above written.

Signed, Sealed and Delivered in Presence of

_Fred C. Hallar_ [SEAL]

[SEAL]

[SEAL]

[SEAL]



STATE OF COLORADO,

County of Montezuma } ss.    I, F. Marvin Shideler, a Notary Public

in and for said County, in the State aforesaid, do hereby certify that Fred L. Hallar

who is personally known to me to be the person whose name is subscribed to the annexed Deed,
appeared before me this day in person, and acknowledged that he signed, sealed and delivered the said
instrument of writing as his free and voluntary act, for the uses and purposes therein set forth.

Given under my hand and notarial seal, this 24th day
of March A. D. 19 27

My Commission expires March 13, 1929    19

Marvin Shideler

Notary Public

No. 55789

## Warranty Deed

FROM

Fred L. Hallar

TO

The

United States of America

STATE OF COLORADO,
COUNTY OF Montezuma } ss.

This Warranty Deed was filed for record

at 11 30 o'clock A.M.,

September 1 1927

and is duly recorded in Book 85

Page No. 512

Mabel Blomeade
RECORDER.

DEPUTY.

FEES, $ 1 25

WHEN RECORDED RETURN TO

Fred Hallar

512

No. 55789

**This Deed,** Made this _____ day of _____March_____ in the year of our Lord one thousand nine hundred and _twenty-seven_ between _____Fred C. Hallar_____

of the County of _____Montezuma_____, and State of Colorado, of the first part, and _____The United States of America_____ ~~of the County of_____, and State of Colorado,~~ of the second part:

**Witnesseth,** That the said party of the first part, for and in consideration of the sum of _Three thousand six hundred fifty $_ DOLLARS, to the said part of the first part in hand paid by the said part of the second part, the receipt whereof is hereby confessed and acknowledged, ha_s_ granted, bargained, sold and conveyed, and by these presents do__ grant, bargain, sell, convey and confirm unto the said part_y_ of the second part, _its_ heirs and assigns forever, all the following described lot_s_ or parcel_s_ of land, situate, lying and being in the County of Montezuma and State of Colorado, to-wit:

The East half of Section 21; The Southwest quarter of the Northwest quarter and the West half of the Southwest quarter of Section 22; The Southwest quarter of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 23; The West half of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 27; the East half, the North half of the Northwest quarter, the Southeast quarter of the Northwest quarter, the North half of the Southeast quarter of the Northwest quarter Section 28; the South half of the Northeast quarter, the North half of the Southeast quarter of the Northeast quarter, the West half of the Northwest quarter, the Northeast quarter of the Southwest quarter, the South half of the Northeast quarter of the Southeast quarter, the Southeast quarter of the Southeast quarter Section 29; the Southeast quarter of the Northeast quarter, the West half of the Southeast quarter of Section 30; all in Township 37 North, Range 13 West, N.M.O.M.

**Together** with all and singular the hereditaments and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof; and all the estate, right, title, interest, claim and demand whatsoever of the said part_y_ of the first part, either in law or equity, of, in and to the above bargained premises, with the hereditaments and appurtenances. **To Have and to Hold** The said premises above bargained and described, with the appurtenances, unto the said part_y_ of the second part, _its_ heirs and assigns forever. And the said _____Fred C. Hallar_____ and administrators, do__ covenant, grant, bargain and agree to and with the said part_y_ of the second part, _its_ heirs and assigns, that at the time of the ensealing and delivery of these presents _he is_ well seized of the premises above conveyed, as of good, sure, perfect, absolute and indefeasible estate of inheritance, in law, in fee simple, and ha_s_ good right, full power and lawful authority to grant, bargain, sell and convey the same, in manner and form aforesaid, and that the same are free and clear from all former and other grants, bargains, sales, liens, taxes, assessments and incumbrances of whatever kind or nature soever;

866—WARRANTY DEED.—Out West Printing and Stationery Co., Colorado Springs, Colo.  N 2248





