IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03301-DDD-NRN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICK PIPKIN, a/k/a Patrick Leroy Pipkin, a/k/a Patrick-Leroy:Pipkin,
BRYAN HAMMON, a/k/a Bryan Hugh Hammon, and
UNKNOWN INDIVIDUALS WHO ENGAGED IN UNLAWFUL FENCING OF THE
HALLAR DEED AREA OR WHO HAVE OTHERWISE ACTED IN CONCERT WITH AN
ASSOCIATION OF INDIVIDUALS CALLED THE "FREE LAND HOLDER COMMITTEE,"

    Defendants.

## MOTION FOR ENTRY OF DEFAULT AGAINST THE FLHC DEFENDANTS

    TO THE CLERK OF THIS COURT:

    Jeffrey P. Colwell
    United States District Court
    District of Colorado

    The United States of America respectfully requests that the Clerk of the Court enter default under Fed. R. Civ. P. 55(a) against the "FLHC Defendants," who are unknown individuals who engaged in unlawful fencing of the Hallar Deed Area or who have otherwise acted in concert with an association of individuals called the "Free Land Holder Committee."[1] The FLHC Defendants have failed to plead or otherwise defend this civil action:

---

[1] Undersigned counsel certifies pursuant to D.C.COLO.LCivR 7.1(a) that he attempted to confer with Defendants Patrick Pipkin and Bryan Hammon via email and telephone on March 28, 2025,

1

1. The United States filed its Complaint on November 26, 2024. ECF No. 1.

2. The Complaint names as defendants two individuals, Patrick Pipkin and Bryan Hammon. *Id.* ¶¶ 5, 7. It further names as defendants the FLHC Defendants, who are unidentified individuals who engaged in unlawful fencing of a parcel of public land referred to in this action as the Hallar Deed Area, or who have otherwise acted in concert with an association of individuals calling itself the "Free Land Holder Committee" (FLHC). *Id.* ¶ 8.

3. The United States moved under Fed. R. Civ. P. 4(e)(1) and Colo. R. Civ. P. 4(g) for leave to serve process on the FLHC Defendants by publication, which the Court granted on December 13, 2024. ECF No. 11; ECF No. 13 at 1. The Court ordered the United States to publish process in the Denver Post and the Journal of Cortez-Dolores-Mancos once a week for five weeks, after which service would be complete. ECF No. 13 at 1.

4. The United States completed the publication process in the Journal on January 22, 2025, and in the Denver Post on February 27, 2025. ECF No. 24-1 at 2; ECF No. 34-1 at 2. The deadline for the FLHC Defendants to appear and defend against the claims in this action was therefore March 20, 2025. Fed. R. Civ. P. 12(a)(1)(A)(i) (requiring a defendant to answer or otherwise respond to the complaint "within 21 days after being served").

5. To date, no FLHC Defendant has answered or otherwise responded.

6. While Mr. Pipkin has attempted to file what appear to be motions to dismiss on behalf of the FLHC, ECF No. 42; ECF No. 44, the committee itself is not a named defendant in this case. *See generally* ECF No. 1. Mr. Pipkin's filings do not identify, and do not purport to be

---

March 31, 2025, and April 1, 2025, regarding this motion, and Defendants did not provide a position.

filed on behalf of, any individual FLHC Defendant. *See generally* ECF No. 42; ECF No. 44. Mr. Pipkin also does not appear to be an attorney admitted to the bar of this Court and authorized by law to represent any client.[2] The FLHC Defendants therefore have not appeared through Mr. Pipkin's filings.

## CONCLUSION

The United States respectfully requests that the Clerk of the Court enter default against the FLHC Defendants.

Dated: April 1, 2025.

Respectfully submitted,

J. BISHOP GREWELL
Acting United States Attorney

*s/ V. William Scarpato III*
Jennifer R. Lake
V. William Scarpato III
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
Victor.Scarpato@usdoj.gov

Counsel for the United States of America

---

[2] The database is available at: https://perma.cc/LPZ3-VGGX.

### CERTIFICATE OF COMPLIANCE UNDER DDD CIV. P.S. III(A)(4)

I certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1). The pleading contains 514 words including footnotes and excluding the caption, signature block, certificate of service, and this certificate of compliance.

*s/ V. William Scarpato III*
V. William Scarpato III

## CERTIFICATE OF SERVICE

      I certify that on April 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

      None.

and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, email, hand delivery, etc.) indicated by the nonparticipant's name[3]:

      Patrick Pipkin (U.S. mail and email)
      15276 Road 39.9
      Mancos, CO 81328

      P.O. Box 841616
      Hildale, UT 84784

      patpip28@gmail.com

      Bryan Hammon (U.S. mail and email)
      15276 Road 39.9
      Mancos, CO 81328

      645 N. Homestead St., 1823
      Hildale, UT 84784

      alaskanflyer@hotmail.com

      *s/ V. William Scarpato III*
      V. William Scarpato III

---

[3] No contact information is presently known for the unidentified FLHC Defendants.