July **24**, 2025

American Exclusive Equity Maxim "Equity will not suffer a wrong without a remedy"

lodge

into

case number 24-cv-03301-DDD-NRN

this

American Exclusively Equitable intent and purpose of an
"Acknowledgement and Acceptance of Equitable Estoppel by Acquiescence".

By lodging this American Exclusively Equitable intent and purpose of an
"Acknowledgement and Acceptance of Equitable Estoppel by Acquiescence"
the spiritually discerned "man" graciously-gifted the name :patrick:

The "man" as minister, am a living "man", formed in the image of the Creator, presently in esse upon the soil and land. The minister not the nom de guerre or all-capital-letter entity "NEMO," "Nemo," or any like designation appearing on any charging instrument, indictment, citation, bond, docket entry, or commercial paper. The minister the holder of the flesh-and-blood corpus, with an unalienable right to the exclusive usufruct estate "The United States of America" perfected under the Geneva 1560 indenture and land patent. Any reference to any fictitious entity, estate, or vessel named in stylized form is hereby expressly rejected and returned for want of proper identification and lawful capacity "man" not consenting to the alleged inferior court jurisdiction or waiving any unalienable granted rights in any-form to this res, and consents to any disturbance of the peace.

The "man" is **_not_** an enemy combatant or belligerent and is an everlasting peaceful habitant.

This court may have presumed that the <u>first lodged "Actual Notice of Perfected Claim" was a mistake, the claim was directly emailed on or about January 7th, 2025 in judges chambers, accepted and acknowledged by email reply.</u> The court may have then presumed that the second lodged "Actual Notice of Perfected Claim" was a coincidence. <u>The third and final "Actual Notice of Perfected Claim" is evidence of a fact the existing estoppel from American exclusive equity and well-settled land law</u> within the "Actual Notice of Perfected Claim" precludes any controversy, conflict, disturbance of the peace or any other ultra vires action.  The "men" and "women" of the Free Land Holder Committee claimants treats the treaty of Guadalupe Hidalgo of 1848 as an expression of sacred covenant for peace and ministerial duty, asserting a perfected usufruct under the Geneva 1560 indenture, and now holds the federal court estopped by its own silence from disturbing the peace and the beneficial use rights.

The federal court **estopped by its own silence** from disturbing claimants possession.

:patrick: Free Land Holder
Native American Habitant
STATE OF UTAH PATENT No. 20954
Locate within the boundaries of Guadalupe Hildalgo Treaty
of May 30th 1848: and ceded to
"The United States of America"[1] [Second Organic Law]

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Petitioner,<br><br>VS.<br><br>PATRICK PIPKIN, a/k/A Patrick Leroy Pipkin, a/k/a Patrick-Leroy:Pipkin<br><br>BRYAN HAMMON, a/k/a/ Bryan Hugh Hammon, and UNKNOWN INDIVIDUALS WHO ENGAGED IN UNLAWFUL FENCING OF THE HALLER DEED AREA OR WHO HAVE OTHERWISE ACTED IN CONCERT WITH AN ASSOCIATION OF INDIVIDUALS CALLED THE "FREE LAND HOLDER COMMITTEE"<br><br>Respondent(s) | Case No.:24-cv-03301-DDD-NRN<br><br>*Choice of Law*<br>*American Exclusive Equity Jurisprudence*<br><br>*Judicial Cognizance*<br><br>**Notice**<br><br>**Acknowledgement and Acceptance of Equitable Estoppel by Acquiescence** |

```
man using the name :patrick: third party
intervenor real party in interest having
everlasting Peace Disturbed.
```

Judicial Cognizance

**Notice**

**Acknowledgement and Acceptance of Equitable Estoppel by Acquiescence,**

### 1. Notice to the Court of Equitable Estoppel

On or about January 7th, 2025, January 16th, 2025, and February 4th, 2025, :patrick:, and the men and women of the Free Land Holder Committee (also known as "FLHC") a private committee, through their Ambassador, expressing their choice of law being the jurisprudence of Exclusive Equity and Sacred Honor, presented their "**Actual Notice of Perfected Claim and Demand for Specific Performance to Take Notice**" to the court. The land claimed is lawfully described within; clearly, reliably and absolutely as follows:

*The East half of Section 21; The Southwest quarter of the Northwest quarter and the West half of the Southwest quarter of Section 22; The Southwest quarter of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 23; The West half of the Northwest quarter and the Northwest quarter of the Southwest quarter of Section 27; The East half, the North half of the Northwest quarter, the Southeast quarter of the Northwest quarter, the North half of the Southwest quarter of the Northwest quarter Section 28; the Northeast quarter of the Northeast quarter, the North half of the Southeast quarter of the Northeast quarter, the West half of the Northwest quarter, the Northeast quarter of the Southwest quarter, the South half of the Northeast quarter of the Southeast quarter, the Southeast quarter of the Southeast quarter, Section 29; the Southeast quarter of the Northeast quarter, the West half of the Southeast quarter of Section 30; all in Township 37 North, Range 13 West, N.M.P.M.*

Using well-settled land law for competing land claims, a deadline of December 15th, 2025 was set for any and all claimants to respond. By the deadline no claim was presented to the Free Land Holder Committee to include a claimant's lawful written proof of prior, equal, or superior claim supported by true and equitable title by nature. As a result, the opportunity to challenge or assert a superior right has expired, and the matter stands settled in sacred honor and peace. **Therefore equitable estoppel is lawfully and permanently established.**

Maxim of Exclusive Equity: "What is first is truest; and what comes first in time, is best in law"

### 2. Jurisdictional Challenge Lodged

On or about February 25th, 2025, :patrick: and the men and women of the Free Land Holder Committee lodged a total of 2 "**Formal Challenge to this Court's Jurisdiction,** and on March 18th, 2025, the men and women of the Free Land Holder Committee lodged a total of 3 "**Formal Challenge to this Court's Jurisdiction**" asserting the court has no territorial, personal or subject matter jurisdiction, nor does it have jurisdiction over private trust matters and covenantal law. Jurisdiction is a threshold issue and has not been proven upon the record.

True and correct copies were hand-delivered to the Clerk's Office and to all interested parties.

### 3. Acknowledgement and Acceptance by Silent Acquiescence

On February 25th, 2025, the first Challenge to Jurisdiction was duly lodged. :patrick: and the men and women of the Free Land Holder Committee hereby acknowledge and

accept the court's acquiescent consent to the equitable estoppel on the land claim, as evidenced by the Judge's silence for approximately 145 days—a period far exceeding what is reasonable to cognize and uphold inherited, granted and conveyed beneficial use rights since 1899, and the standing equitable estoppel, and to prevent any ultra vires actions by the attorney, court clerk, or magistrate.

On March 18th, 2025, the remaining Challenges to Jurisdiction were duly lodged. :patrick: and the men and women of the Free Land Holder Committee hereby acknowledge and accept the court's acquiescent consent to the equitable estoppel on the land claim, as evidenced by the Judge's silence for approximately 120 days— a period far exceeding what is reasonable to cognize and uphold inherited, granted and conveyed beneficial use rights since 1899, and the standing equitable estoppel, and to prevent any ultra vires actions by the attorney, court clerk, or magistrate.

Exclusive Equity Maxim: One cannot benefit from their silence when they have a duty to respond.
*Qui tacet consentire videtur - He who is silent is taken to agree*

### 4. Estoppel Upon Further Administrative Procedures

:patrick: and the men and women of the Free Land Holder Committee hereby acknowledge and accept the Court's acquiescence, acknowledgement, and acceptance of the equitable estoppel upon the land; and now upon the court. Any further action by an attorney, court clerk, magistrate, National Forest System ("NFS"), or any other administrative agency of the United States, UNITED STATES, United States of America, UNITED STATES OF AMERICA, and THE UNITED STATES OF AMERICA, or everyone else who violates the currently standing equitable estoppel, would constitute a trespass and a disturbance of the peace, being ultra vires and void ab initio.

Exclusive Equity Maxim: Equity will not perfect an imperfect gift

### 5. Be it Resolved

Having no evidence of a superior, equal, or previous claim presented during the claim period as permitted under well settled land law, be it resolved **forever** that the equitable estoppel stands and prohibits any future claims, actions, or interference with the beneficial use of the perfected land claims of :patrick:, the FLHC and its men and women.

intentionally left blank

Graciously,

By: :**patrick**: private
man using the name :patrick: in esse[2]
All inalienable rights preserved

---

[1] The etymology and complete meaning of the entire name of this nation,
"*The United States of America*".
America is an old Saxon and Danish compound word:
"*Amer*" means "heavenly," and
"*ric*" means "kingdom".
It literally means "the Heavenly Kingdom," or the "Kingdom of Heaven".
"*The*" means "God's," that is owned by God.
This is why **THE**ology is the study of God.
The word **United** means "greater."
The word **State** means "estate."
Thus, if we put all of this together, it means "**God's Greater Estate of the Heavenly Kingdom.**"
*A Prophetic History of the United States*" by Dr. Jones

[2] in esse, American Dictionary of The English Language Noah Webster 1828 Being - "In God we live, and move, and have our being..." Acts xvii.

Certificate of service sent by email to victor.scarpato@usdoj.gov and jennifer.lake@usdoj.gov on July 24th 2025



4 of 4