# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come. Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on their behalf, [und]er the seal of the National Archives of the United States, that the attached reproduction(s) is a true and [corre]ct copy of documents in their custody.

| SIGNATURE | | |
|---|---|---|
| *T. Juliette A.* | | |
| NAME T. JULIETTE ARAI | DATE | 12/4/25 |
| TITLE CHIEF, ARCHIVES 1 REFERENCE BRANCH | | |
| NAME AND ADDRESS OF DEPOSITORY National Archives and Records Administration 700 Pennsylvania Avenue, NW Washington, DC 20408 | | |

NA FORM 14007 (7-22)

