FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

26 APR 22 PM 3:14

:patrick:, Free Land Holder                                    Special Cause
Native American Habitant
**STATE OF UTAH: PATENT: No. 20954**
**Locate in the Guadalupe Hidalgo Treaty of May 30ᵗʰ 1848: and**
**ceded to "The United States of America"**
**[Third Organic Law - Lawful] [Second Organic Law - Legal]**

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA, | Cause No. 24-cv-03301-DDD-NRN[1] |
| Plaintiff, | |
| v. | Choice of Law |
| | *American Exclusive Equity Jurisprudence* |
| PATRICK PIPKIN, a/k/a Patrick Leroy Pipkin, a/k/a Patrick-Leroy: Pipkin, BRYAN HAMMON, a/k/a Bryan Hugh Hammon, and UNKNOWN INDIVIDUALS WHO ENGAGED IN UNLAWFUL FENCING OF THE HALLAR DEED AREA OR WHO HAVE OTHERWISE ACTED IN CONCERT WITH AN ASSOCIATION OF INDIVIDUALS CALLED THE "FREE LAND HOLDER COMMITTEE," | *Judicial Cognizance* |
| | Presentment for Exceptions and Repudiations to Orders entered April 8, 2026 ([ECF No's. 97 and 99]) |
| Presenter(s). | |

living soul[2], "man" :patrick:, third party intervener, free habitant, peace being disturbed, preexisting exclusive equitable rights and claims being trespassed upon, and current exclusive equitable rights and claims, including exclusively equitable estoppels being trespassed upon; all ultra vires.

**Presentment for Exceptions and Repudiations**
**to Orders entered April 8, 2026**
([ECF No's. 97 and 99])

### Choice of Law

The presenters' choice of law is invoked and evoked as the Creator's exclusive eternal primary usufruct law-form found in the Geneva Bible of 1560, text and marginal notes, and no other versions or other spiritual writings, expressed in the Jurisprudence of Exclusive Equity for America, and expressed in the Organic Laws for America being the Articles of Association of 1774, the Declaration of Independence of 1776 ("…Supreme Judge of the World for the rectitude of our intentions…"), and the Articles of Confederation of 1777–1781 ("…Great Governor of the World…"), expressing the intent and spirit of the eternal law. Generally, in all causes (matters) in which there is any conflict or variance between the rules of (exclusive) equity and the law with reference to the same cause (matter), the rules of (exclusive) equity shall prevail. For administrative ease only, and without waiver of choice-of-law, standing, or jurisdictional exceptions, Presenter addresses the [Orders] entered April 8, 2026 ([ECF No's. 97 and 99]).

### Judicial Cognizance

Court of Conscience, proceeding in honor and good faith. This presentment invokes and evokes the jurisprudence of exclusive equity for America and is lodged in honorable conscience. Square brackets [ ] within this presentment contain non-operative citations and inferior constructs of "M"an-made law for administrative ease only; such brackets do not consent to jurisdiction or waive the exclusively equitable forum. Presenter invokes and evokes the Court's exclusive equity forum, seeking remedies measured by intent and right dealing, including clean hands and completeness of relief. This lodging does not invoke inferior, purely rule-bound administrative or commercial procedure where it would frustrate complete justice of the jurisprudence of exclusive equity for America and sacred honor, and it preserves Presenter's jurisprudence by the Magistrate Judge N. Reid Neureiter's acceptance of lawful consideration, being 12 one-ounce silver coins as lawful consideration ["non-cash collateral"] (see [ECF No. 25], [ECF No. 29]). Docket nomenclature is used for administrative ease only: lodgings which may appear on the docket as ["motions"] are lodged by Presenter as presentments in the jurisprudence of exclusive equity for America. Use of terms by the Court or [Plaintiff], including but not limited to ["motion," "petition," "defendant," "pro se", "individual", and "order", etc.] is inferior "M"an-made construct-of-law nomenclature and not that of Presenter's choice of law.

### Presenter

Men of the Free Land Holder Committee ("FLHC"), as claimants of the perfected land claim with equitable title by nature in this cause, include the usufructuary of the graciously gifted name :patrick: with the granted family name Pipkin, hereinafter "Presenter." Presenter stands as witness in peace, under divine appointment, and bears record in honor, not as owner but as presenter and minister, not as person but as a spiritually discerned "man"[3], for the purpose of ministry, testimony, correspondence, and lawful duties under

special usufruct trust, including that for "The United States of America". Presenter and other living men and women also hold and have held, asserted rights and claims pre-existing on the land of this cause since approximately 1899. Presenter does not act as an individual, resident, citizen, corporate actor, association, legal fiction, or any other construct created by "M"an's law. No agency is accepted from without, no franchise is entered into, and no submission is made to any inferior jurisdiction. Presenter, a spiritually discerned living-soul commonly known as :patrick:, under covenant and not in representation, and without waiving prior claims or pending challenges to subject-matter jurisdiction, personam jurisdiction, or any artificial legal capacity presumed upon the sanctuary biological temple, "man", male in Nature[4], presents this special, limited-purpose presentment solely to except and repudiate the [Orders] entered April 8, 2026 ([ECF No's. 97 and 99]) and to maintain clarity in the record.

## Exceptions to [ECF No. 97]

Although the [Order] says that the lodgings of Presenter of 4/02/2026 directed the Clerk of Court to store the paper [filings] in the Clerk's office as conventionally submitted, the Presenter would like to express sincere gratitude for also having lodged upon the record of the court in the orderly manner as originally intended by Presenter; including proper orientation and full color, and the authenticated and certified copies of the certificates for each attachment from the United States National Archives and the United States Library of Congress.

With all due respect to Judge Daniel D. Domenico, Presenter, as a living man of the claimant FLHC, Presenter also having pre-existing equitable land rights and land claims in this cause, again emphasizes and asserts that UNITED STATES OF AMERICA has not produced any evidence upon the record of the court of any superior, equal or previous title to the equitable claim of the FLHC, or to the pre-existing rights and claims of Presenter for this cause, therefore [Plaintiff] is unable to provide, nor cannot provide, nor has provided any valid evidence to the record of the court that Presenter is a Defendant, non e-filer or Pro Se party, and takes exception to the usage of those titles, and to any surety, duties and obligations which are implied by using those titles in the (Order [ECF No. 97]).

Presenter takes exception to the claim within the [order] that U.S. Mail was provided to Presenter at the location of record. The Court and UNITED STATES OF AMERICA has had multiple notices both verbal and in writing of the correct location for notices or other correspondence to Presenter and consistently ignores deliveries to the proper location. However, Presenter did receive an email from [Plaintiff] to the email address of record and respectfully grateful for continued delivery of relevant communications and correspondence.

## Exceptions to [ECF No. 99]

Presenter researched [Local Civ. R. 83.1(e); Local Civ. R. 83.2(b)], that was referenced within the (order [ECF No. 99]), and discovered the following:
Based on the United States District Court for the District of Colorado Local Rules [(updated Dec 1, 2025), D.C.COLO.LCivR 83] is part of the General Rules governing attorneys. Key attorney rules include appearing via [CM/ECF, pro hac vice admission, and attorney discipline].

**[Key Attorney and Practice Rules (Rule 83 Series - District of Colorado):**

- Pro Hac Vice Admission (D.C.COLO.LCivR 83.3): Attorneys not admitted to the Colorado federal bar may be permitted to appear upon motion and compliance with specific requirements.
- Attorney Appearance (D.C.COLO.LCivR 83.2): Outlines who can appear, how to enter an appearance, and how to withdraw.
- Attorney Discipline (D.C.COLO.LCivR 83.4): Establishes the procedures for attorney misconduct, ethical standards, and disciplinary action.
- Pro Se Representation (D.C.COLO.LCivR 83.10): Governs individuals representing themselves without an attorney.

Local Civil Rule 83.1 of the United States District Court for the District of Colorado (which sits in Denver) governs Cameras and Recording Devices within the courthouse.

**D.C.COLO.LCivR 83.1: Cameras and Recording Devices**
The rule generally prohibits the use of cameras, recording equipment, and other broadcasting devices in the courthouse. Key provisions include:

- General Prohibition: Possession and use of cameras or any device capable of recording or broadcasting audio or video are restricted within courthouse premises.
- Proposed 2025 Revisions: Recent updates to the rules further restrict the use of specialized technology, specifically smart glasses and weapons, inside all courthouses in the District.
- Exceptions: Exceptions are typically only granted by specific order of a judicial officer for purposes such as naturalization ceremonies or other special proceedings.

Local Civil Rule 83.1(c) of the United States District Court for the District of Colorado covers Impermissible Uses of Permissible Devices.

**D.C.COLO.LCivR 83.1(c): Impermissible Uses**

This rule strictly defines what you cannot do with electronic devices that are otherwise allowed into the courthouse (such as smartphones, laptops, or tablets). According to the rule:

- Public Areas: You are prohibited from using any permissible electronic device to take photographs or make audio or video recordings in any public area of the United States Courthouse or any location where court business is conducted.
- Courtrooms and Chambers: You may not use these devices to take photos or record audio/video in any courtroom or judicial chambers unless you have explicit authorization from the judicial officer in control of that specific space.
- Broadcasting: The rule generally extends to broadcasting or transmitting live audio or video from within these restricted areas without permission.

Local Civil Rule 83.1(d) for the United States District Court for the District of Colorado addresses the Sanctions and Enforcement mechanisms for violations of the court's camera and recording device policies.

**D.C.COLO.LCivR 83.1(d): Enforcement**

This subsection outlines the authority of court personnel and security forces to ensure compliance with the prohibitions on unauthorized recording and photography. Key provisions typically include:

- Enforcement Authority: Judicial officers, U.S. Marshals, deputy marshals, and Court Security Officers (CSOs) are authorized to enforce these rules.
- Seizure and Deletion: Security personnel may take possession of a device used in violation of the rule to search its contents and delete unauthorized recordings or photographs.
- Sanctions: Violators may be subject to additional penalties, including:
  - Contempt of Court: Being held in contempt for disobeying court rules.
  - Confiscation: Temporary or permanent loss of the device.
  - Removal: Being escorted from the courthouse facility.]

Although Presenter is entering a courthouse of foreign juris for providing and sustaining diplomatic relations, correspondence and communications with intent and purpose to best keep the peace, Presenter continues to honor the customs of the courthouse while inside of the courthouse; providing a due respect through Presenter's good-will and sacred honor.

With all due respect to Judge Daniel D. Domenico, Presenter, as a living man of the claimant FLHC, Presenter also having pre-existing equitable land rights and land claims in this cause, again emphasizes and asserts that UNITED STATES OF AMERICA has not produced any evidence upon the record of the court of any superior, equal or previous title to the equitable claim of the FLHC, or to the pre-existing rights and claims of Presenter for this cause, therefore [Plaintiff] is unable to provide, nor cannot provide, nor has provided, any valid evidence to the record of the court that Presenter is a Defendant, non e-filer or Pro Se party, and takes exception to the usage of those titles, and to any surety, duties and obligations which are implied by using those titles in the (Order [ECF No. 99]). Any mischaracterization, presumption, or unsubstantiated duties and obligations cause a potential for further disturbance of the peace, harm and trespass to Presenter and to the other living men and women of the FLHC.

Presenter takes exception to the court's [and Plantiff's] continued usage of the title Mr. Pipkin as the court has been made well aware since before the beginning of this cause that the name of Presenter is :patrick: (private); and as FLHC Ambassador, Patrick-Leroy:Pipkin. Further, [Plaintiff] has provided no evidence to the court or to this cause that Presenter's name is any other title or name than Presenter has continuously provided throughout this cause, nor has [Plaintiff] provided any evidence to the court that Presenter

has accepted or consented to any other title or name to be used in this cause. In addition, [Plaintiff] has been put on notice that usage of the name Patrick-Leroy:Pipkin is a private name upon the land patent, and that no permission or right had been granted by Presenter to use it for profit or gain.

Presenter takes exception to the claim within the [order] that U.S. Mail was provided to Presenter at the location of record. The Court and UNITED STATES OF AMERICA has had multiple notices both verbal and in writing of the correct location for notices or other correspondence to Presenter and consistently ignores deliveries to the proper location. However, Presenter did receive an email from [Plaintiff] to the email address of record and is respectfully grateful for continued delivery of relevant communications and correspondence there.

Presenter takes exception to the claim that he took pictures or recorded anything within a public area of the courthouse. The Court Clerk, Andrea, saw that the living man :bryan: took a cell phone picture of his presentments upon the counter of the clerk's office and Andrea gave :bryan: notice that he couldn't take pictures in the courthouse.  When Presenter became aware that the living man :bryan: had taken a picture of his presentment, he requested that it immediately be deleted from his cell phone., that notice and request was honored immediately by the living man :bryan: and deleted in front of :patrick: and court clerk Andrea.

### Notice of Prior Lodging and Intent to Amend

In previous lodgings of Exceptions and Repudiations to the Report and Recommendation (see [ECF 63]) and to [Plaintiff's] Motion for Summary Judgment (see [ECF 59]), Presenter gave notice in honorable conscience that Presenter would amend or supplement that presentment. As stated there, one reason was the insufficient delivery by [Plaintiff] to Presenter, the federal government closure, the clerk of the court not recording a large quantity of Presenter's attachments and recording mistakes, plus the need to wait until delayed certified authenticated copies of United States National Archives and United States Library of Congress truthful facts were finally in Presenter's hand so he could attach such truthful facts to the original presentments. Presenter restates this notice of amendment here so the full record of [ECF No. 89], [ECF No. 90] and [ECF No. 93] and all attachments thereto needed in this Court of Conscience shall remain clear, orderly and complete. Now that there is a clear and complete record lodged upon the court record Presenter can now complete the right and intent to amend as previously expressed and preserved. Presenter is preparing the delivery and lodging of the amendment in a short and timely manner.

(Maxim) Equity aids the vigilant, not those who slumber on their rights.

### Notice of Fact and Law in the Court of Conscience
### Primary Usufruct LAW of Jurisprudence of Exclusive Equity for America

Presenter: :patrick:, a spiritually discerned "man", usufructuary (male in Nature), Ambassador, Free Land Holder, Native American Habitant, and Self Governing Minister.

Let it be known to everyone who carries the weight of public trust that this presentment comes from a spiritually discerned "man" created by the Creator's First Cause. Presenter is not a fiction made by "M"an. Presenter stands as minister under the first and eternal primary usufruct LAW[5], a gracious gift further expressed in the Geneva Scriptures of 1560 only. In Genesis 1:26–28 the Creator said, "Let us make "man" in our image… and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth…." This is the eternal primary usufruct, the LAW of Land, Air, and Water, graciously gifted to man as a special trust to keep and use with care for every generation that follows. This presentment is lodged in the Court of Conscience under the jurisprudence of exclusive equity for America. Presenter rests upon the four Godly Organic Laws that honor the First Cause of its Creator: Articles of Association (1774), Declaration of Independence (1776), Articles of Confederation (1777–1781), styled as "The United States of America," and the Northwest Ordinance (1787). Substance matters more than form. Exclusive equity looks to the heart and the binding covenant of truth, not to paper rules alone.

(maxim)- What comes first is truest and is best.

On or about April 8, 2026, :patrick: received an email from acting attorney for UNITED STATES OF AMERICA, Victor William Scarpato III, attaching three new [orders] from the Court.

[Order] [ECF No. 97] states that paper [filings] delivered by [Patrick Pipkin] on April 2, 2026, described within as duplicates of presentments [ECF No. 93] and [ECF No. 94], which would be stored by the Clerk as conventionally submitted material because of technical difficulty scanning non-standard paper sizes containing seals and images.

[Order][ECF No. 99] states that, in future courthouse entries, Court Security Officers are instructed to take temporary possession of phones and other electronic devices having camera, video, or audio capability during security screening, and that refusal by Presenter to cooperate may result in refusal of admission or other sanctions, including contempt.

From the very first time Presenter began lodging presentments into this cause, Presenter has used the same sizes of paper, namely standard 8½ by 11 inches, legal 8½ by 14 inches, or lawful 11 by 17 inches, together with proper seals and photographs. The Clerk's Office had not objected to entering any of those presentments on the record until the lodging of authenticated evidence received from the National Archives and the Library of Congress by Presenter. Upon inspection of the court docket for this cause, Presenter noticed none of the pages were in color, including numerous pages being either missing entirely, lodged sideways, upside down, and even cut off where a portion of some lodged pages were not even visible. These Defects to the record of the court created an opportunity for harm to Presenter to present the true facts of this cause in a manner that would be fair, just, and right for complete justice. After Presenter lodged a notice to preserve the original intent and purpose of the Presenter's presentments, Presenter relodged the presentments and the clerk of the court complied with the Presenter's subsequent re-lodging of the missing and disoriented and pages that were cut off by mistake of the court clerk's office. After Presenter's relodging the court record now reflects the original presentment and its attachments in a correct and orderly manner as originally intended by the Presenter.

Presenter intends to continue to lodge presentments and notices upon the record of the court, including the amendment described above with the same size paper as previously accepted and corrected by the clerk of the court. Further, in honor of the expressed concerns of the Judge, when there is a large number of legal or lawful paper in a Presentment or attachments, Presenter will also provide a USB drive to the clerk of the court which include scanned copies of the lawful, paper lodgings; this will be for the ease and convenience of the clerk of the court.

### Principles of Exclusive Equity

"Law is nothing without (exclusive) equity, and (exclusive) equity is everything, even without Law. Those who perceive what is just and what is unjust only through the eyes of the law, never see it as well as those who behold it with the eyes of (exclusive) equity. Law may be looked upon, in some manner, as an assistance for those who have a weak perception of right and wrong, in the same way that optical glasses are useful for those who are shortsighted, or those whose visual organs are deficient. (Exclusive) Equity, in its true and genuine meaning, is the _soul and spirit_ of the law; positive law is construed, and rational law is made by it." Institutes of American Law 1882, Vol. 2, s. 3724 by John Bouvier.

"The student who has made these principles [the maxims] a part of his mental habit, who has, as it were, integrated them into his [actual] intellectual being, has already mastered the essence of (Exclusive) Equity and has made the acquisition of its particular [doctrines, principles and maxims] an easy task." Henry R. Gibson, Gibson's Suits in Chancery § 2.01.

"It must not be supposed that all these maxims are equally important, or that all have been equally fruitful in the development of doctrines and rules; but it is not an exaggeration to say that he who has grasped them all with a clear comprehension of their full meaning and effects has already obtained an insight into whatever is essential and distinctive in the system of (exclusive) equity jurisprudence, and has found the explanation of its peculiar doctrines and rules." John Norton Pomeroy, Pomeroy's Equity Jurisprudence § 363 (Students' ed. 1907).

"A naked appeal to fairness in the face of seemingly contrary authority isn't likely to succeed. Whenever possible, dress up the appeal with citation of some venerable legal maxim that supports your point. Such maxims are numerous, mostly derived from (exclusive) equity practice …. [Y]ou can almost always find one to support a defensible position." Associate Justice Antonin Scalia and Bryan A. Garner, Making Your Case: The Art of Persuading Judges 30 (2008).

Presenter is a spiritually discerned "man" who comes as the living man, and as FLHC Ambassador, only to present honest and honorable presentments in good faith, to give notice of the perfected usufruct land claim with equitable title by nature, including his own pre-existing rights, beneficial use rights, asserted rights and claims upon the same land, and to present the true facts of this cause with a complete, fair, just, and righteous intent upon the sacred honor of Presenter.

**The applicable maxims preserved are these:**
"Equity (exclusive) will not suffer a wrong without a remedy";

"Equity (exclusive) regards substance rather than form";

"Equity (exclusive) aids the vigilant, not those who slumber on their rights";

"Equity (exclusive) regards as done that which ought to be done"; and

"What is first is truest; and what comes first in time is best in law."

[ECF No. 97], which is addressed within this presentment, includes presumptive errors and omissions regarding the true facts not lodged upon the court record by [Plaintiff] which therefore which continue to disturb the peace of the FLHC, and Presenter, without any immediate remedy, and do not follow clean hands or complete relief. Presenter therefore shall have review in the Court of Conscience, under the jurisprudence of exclusive equity for America, so that honest dealing and full and complete justice may prevail.

### Declaration and Verification

These presents are honorably declared and affirmed in the jurisprudence of exclusive equity for America, without prejudice, in full faith, honor, good conscience, and good reason. All unalienable rights are preserved. This presentment is made in sacred honor as a special, limited-purpose presentment solely to maintain the peace, and preserve Presenter's exceptions and repudiations and to prevent waiver, concession or consent by silence. Verification is made in sacred honor that the foregoing is true to the best of the knowledge, belief, and witness of the living "man", usufructuary of the graciously gifted name :patrick:, and is respectfully lodged for the justiciable benefit of all.

Date: 4-22-2026

By: :patrick:private:

Mark of "man" (by ministerial visitation for jurisprudence cognizance)
Location: [T. 20 South R.19 West, SLB&M Section 16: N1/2]
Quitclaim forever STATE OF UTAH: PATENT NO. 20954,
Located within the boundary of the Treaty of Guadalupe Hidalgo (1848); as noticed on the record

patpip28@gmail.com
435.233.8549

### "Notice"
(Multiple demands for the specific performance of delivery to the above locations have been declared)

### END NOTES

[1] For judicial ease only. The docket number and any conventional labels are included solely to assist the Clerk and chambers and do not waive the equitable forum, jurisdictional objections, or constitute submission to any inferior tribunal.

[2] Genesis 2:7 – 1560 Geneva Bible: "And the Lord God formed "man" of the dust of the ground, and breathed into his nostrils the breath of life, and man became a living soul.""

[3] 1 Corinthians 2:15 – 1560 Geneva Bible: "But he that is spiritual judgeth all things, and he himself is judged of no "man".."" (spiritually discerned standing).

[4] Genesis 1:27 – 1560 Geneva Bible: "So God created mankind in his own image, in the image of God he created them; male and female he created them."

[5] Genesis 1:26–28 – 1560 Geneva Bible (primary usufruct grant).



Page 7 of 7

## Certificate of Service

Presenter hereby declares that a true and correct copy of the above presentment was hand delivered to the clerk of court and lodged to the record and on the same date the presenter hand delivered a copy thereof in personam to counsel of record: *Victor William Scarpato, III, U.S. Attorney's Office, District of Colorado, 1801 California Street Suite 1600, Denver, CO 80202, phone: 303-454-0100, and Jennifer Rose Lake U.S. Attorney's Office 1801 California Street Suite 1600 Denver, CO 80202, 303-454-0301*

By: :patrick:private

the living "man" usufructuary of the name :patrick: in esse

All unalienable rights preserved



April 22, 2026

American Exclusive Equity Maxim "Equity will not suffer a wrong without a remedy"


lodge

into

cause number 24-cv-03301-DDD-NRN

this

American Exclusively Equitable intent and purpose of an
**Presentment for Exceptions and Repudiations
to Orders entered April 8, 2026**
([ECF No's. 97, 98 and 99]).

By lodging this American Exclusively Equitable intent and purpose of an
Presentment for Exceptions and Repudiations to Orders entered April 8, 2026 ([ECF No's. 97, 98 and 99])
the spiritually discerned "man" usufructuary of the graciously-gifted the name :patrick:

The "man" as minister, formed in the image of the Creator, presently in covenant upon the soil and land. The minister not the nom de guerre or all-capital-letter entity "NEMO," "Nemo," or any like designation appearing on any charging instrument, indictment, citation, bond, docket entry, or commercial paper. The minister the holder of the flesh-and-blood corpus, with an unalienable right to the exclusive usufruct estate "The United States of America" perfected under the Geneva 1560 indenture and usufruct land patent. Any reference to any fictitious entity, estate, or vessel named in stylized form is hereby expressly rejected and returned for want of proper identification and lawful capacity "man" not consenting to the alleged inferior court jurisdiction or waiving any unalienable granted rights in any-form to this res, and consents to any disturbance of the peace.

The "man" is **_not_** an enemy combatant or belligerent and is an everlasting peaceful habitant.