**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 24-cv-03301-DDD-NRN

UNITED STATES OF AMERICA,

Plaintiff,

v.

PATRICK PIPKIN, a/k/a Patrick Leroy Pipkin, a/k/a Patrick-Leroy:Pipkin,
BRYAN HAMMON, a/k/a Bryan Hugh Hammon, and
UNKNOWN INDIVIDUALS WHO ENGAGED IN UNLAWFUL FENCING OF THE HALLAR DEED AREA OR WHO HAVE OTHERWISE ACTED IN CONCERT WITH AN ASSOCIATION OF INDIVIDUALS CALLED THE "FREE LAND HOLDER COMMITTEE,"

Defendants.

---

**NOTICE REGARDING "PRESENTMENT[S] OF REPUDIATIONS" (ECF No. 111; ECF No. 112)**

---

The United States of America submits this notice regarding Defendants Patrick Pipkin's and Bryan Hammon's (Defendants') "Presentment[s] of Repudiations, Exceptions, Tolling of Time, Substance over Form, and Non-Waiver Regarding Plaintiff's Reply in Support of Motion for Summary Judgment and Entry of Permanent Injunction as to Patrick Pipkin and Bryan Hammon" (ECF No. 111; ECF No. 112) (the Presentments). The United States has carefully reviewed the Presentments and understands them to be sur-replies regarding the United States' Motion for Summary Judgment (ECF No. 59, the Motion) to which no further response is required. The United States respectfully submits that the Motion is ripe for decision.

Dated: July 29, 2026.

Respectfully submitted,

PETER MCNEILLY
United States Attorney

s/ V. William Scarpato III
Jennifer R. Lake
***V. William Scarpato III***
Assistant United States Attorney
1801 California Street, Suite 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0407
Victor.Scarpato@usdoj.gov

Counsel for the United States of America

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A). The pleading contains 104 words including footnotes and excluding the caption, signature block, certificate of service, and this certificate of compliance.

s/ V. William Scarpato III
***V. William Scarpato III***

**CERTIFICATE OF SERVICE**

I certify that on July 29, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients by e-mail:

None.

and I certify that on the same date I am causing the foregoing to be delivered to the following non-CM/ECF participants in the manner (mail, email, hand delivery, etc.) indicated by the nonparticipant's name[1]:

Patrick Pipkin (U.S. mail and email and by leaving a copy with the Clerk of Court)
15276 Road 39.9
Mancos, CO 81328

P.O. Box 841616
Hildale, UT 84784

patpip28@gmail.com

Bryan Hammon (U.S. mail and email and by leaving a copy with the Clerk of Court)
15276 Road 39.9
Mancos, CO 81328

645 N. Homestead St., 1823
Hildale, UT 84784

alaskanflyer@hotmail.com

s/ V. William Scarpato III
***V. William Scarpato III***

[1] No contact information is presently known for the unidentified Defendants.